IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JO ANN CASSEAUX and
MARTIN LEE CASSEAUX,

    Plaintiffs,

v.                                  CASE NO.: 4:08cv512-SPM/WCS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This cause comes before the Court on the Notice of Filing Plaintiffs Notice of Voluntary Dismissal (doc. 9), which will be treated as a request for voluntary dismissal under Federal Rule of Civil Procedure 41(a)(2). Defendant has made no objection to a dismissal without prejudice. Accordingly, it is

ORDERED AND ADJUDGED:

1.    This case is dismissed without prejudice

2.    The clerk shall close this case.

DONE AND ORDERED this 22nd day of January, 2009.

                                  *s/ Stephan P. Mickle*
                                  Stephan P. Mickle
                                  United States District Judge